**COM.**

v.

**DAVIS, S.**

**2085 EDA 2016**

Superior Court of Pennsylvania.

06/26/2017

CP–09–CR–0004809–2011
(Bucks)

Affirmed

**COM.**

v.

**BROWN, M.**

**3007 EDA 2016**

Superior Court of Pennsylvania.

06/26/2017

Reargument Denied 8/25/2017

CP–51–CR–0306772–1990
(Philadelphia)

Affirmed

**T.R.**

v.

**T.H.**

**2751 EDA 2016**

Superior Court of Pennsylvania.

06/26/2017

Reargument Denied 7/20/2017

No. OC1600174
(Philadelphia)

Affirmed

**COM.**

v.

**KOWALSKI, C.N.G.**

**1434 MDA 2016**

Superior Court of Pennsylvania.

06/26/2017

CP–08–CR–0000835–2015
(Bradford)

Affirmed—Application to Withdraw as Counsel Granted

